UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC. d/b/a MICHAEL GRECCO PHOTOGRAPHY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WARNER BROS. ENTERTAINMENT, INC.,<br><br>Defendant. | Case No.: CV 19-6598-DMG (MRWx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [26]** |

1 | Pursuant to the parties' "Stipulation for Dismissal of Action with Prejudice,"
2 | and good cause appearing therefor, the Court hereby ORDERS as follows:
3 |     1. Plaintiff's entire action, as captioned above, including all causes of
4 | action asserted in any of the pleadings, is hereby dismissed, in its entirety, with
5 | prejudice; and
6 |     2. All parties shall bear their own attorneys' fees and costs.
7 | **IT IS SO ORDERED.**

DATED: January 7, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT COURT